CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
Roanoke
DEC 18 2008
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MICHAEL J. HERDT,<br>    Petitioner, | ) ) ) | Civil Action No. 7:08-cv-00532 |
| v. | ) ) | **FINAL ORDER** |
| STANLEY K. YOUNG, et al.,<br>    Respondents. | ) ) ) | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that petitioner's petition for a writ of habeas corpus is **DENIED**; petitioner's motion for service is **DENIED**; and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the petitioner.

ENTER: This 18th day of December, 2008.

/s/ Jackson L. Kiser
Senior United States District Judge