CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
MAR 12 2009
JOHN F. CORCORAN, CLERK
BY: /s/ ~~~~
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MICHAEL J. HERDT, ) | Civil Action No. 7:08-cv-00532 |
|    Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| STANLEY K. YOUNG, et al., ) | By: Hon. Jackson L. Kiser |
|    Respondents. ) | Senior United States District Judge |

Upon petitioner's motion for a new trial and in accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that petitioner's motion for a new trial is **DENIED**.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the petitioner.

ENTER: This 12th day of March, 2009.

/s/ Jackson L. Kiser
Senior United States District Judge